UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY SANDEFUR, | No.  2:26-cv-0252 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| TRANS UNION INTERACTIVE, INC., | |
| Defendant. | |

Plaintiff is proceeding in this action in pro se.  Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  This action was removed from San Joaquin County Superior Court on January 30, 2026.  ECF No. 1.  On February 9, 2026, defendant filed a motion for a more definite statement set to be heard on March 25, 2026.  ECF No. 7.  Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was February 23, 2026.  Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of March 25, 2026 is VACATED to be re-set as necessary.  Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails

1

to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED.  March 2, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE