UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADLEY SANDEFUR,

      Plaintiff,

      v.

TRANS UNION INTERACTIVE, INC.,

      Defendant.

No.  2:26-cv-0252 TLN AC PS

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding in this action in pro se.  Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  This action was removed from San Joaquin County Superior Court on January 30, 2026. ECF No. 1.  On February 9, 2026, defendant filed a motion for a more definite statement which was set to be heard on March 25, 2026.  ECF No. 7.  Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was February 23, 2026.  Plaintiff did not file an opposition or statement of non-opposition.  The undersigned issued an order to show cause why this case should not be dismissed for failure to prosecute. ECF No. 9 at 1.  Plaintiff did not respond.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

1

disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.  Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2